IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY BUNDY**, *et al.*                                                                                      **PLAINTIFFS**

VS.                                              **3:12-CV-00240-BRW**

**DAVID HAWKINS,** *et al.*                                                                                **DEFENDANTS**

## ORDER

It appears that the parties have agreed in principal to settle this case and request that all deadlines be vacated and the trial be cancelled to allow the parties time to finalize a formal settlement agreement.[1]

Based on the parties' representations, the request is GRANTED. Accordingly, all deadlines are stayed, the jury trial scheduled to commence on January 21, 2014 is continued, and the parties have 30 days from the date of this Order to finalize their settlement agreement. If the parties are unable to finalize their settlement agreement during the 30-day period, the Court will issue a new scheduling order.

IT IS SO ORDERED this 20th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See Doc. No. 11.