**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LARRY BUNDY and
RHONDA "BABE" BUNDY**                                                                                   **PLAINTIFFS**

**3:12CV00240-BRW**

**DAVID HAWKINS and
UPS GROUND FREIGHT, INC.**                                                 **DEFENDANTS**

**ORDER**

Plaintiffs' Unopposed Motion to Dismiss With Prejudice (Doc. No. 13) is GRANTED. Accordingly, this CASE is DISMISSED with prejudice, subject to the terms of the settlement agreement. This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 19th day of December, 2013.

                                                                    /s/ Billy Roy Wilson
                                                                     UNITED STATES DISTRICT JUDGE